UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 10-6588 DSF (PLAx) | Date | 10/12/10 |
|---|---|---|---|
| Title | Equitable Ascent Financial, LLC, et al. v. David Hinton, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court

   "Federal courts are courts of limited jurisdiction" and "possess only that power authorized by [the] Constitution and statute . . . ." Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 377 (1994). The "burden of establishing federal jurisdiction rests on the party seeking the federal forum." Howery v. Allstate Ins. Co., 243 F.3d 912, 916 (2001). A court's decision to remand "for lack of subject matter jurisdiction is appropriate if the complaint, considered in its entirety, on its face fails to allege facts sufficient to establish subject matter jurisdiction." In re Dynamic Random Access Memory Antitrust Litig., 546 F.3d 981 (9th Cir. 2008)

   This case was removed from the Superior Court of California, Los Angeles County by third-party defendant Trans Union, LLC. While the Ninth Circuit has not ruled on the subject, the general rule is third-party defendants brought into the state action by the original defendant cannot exercise the right to remove to federal court. 14C Charles Allen Wright, et al., Federal Practice and Procedure § 3730 (4th ed. 2010). District courts in the Ninth Circuit generally follow this rule. Ciolino v. Ryan, 2003 WL 21556959, *3 (N.D. Cal. July 9, 2003). Trans Union does not even address this issue, let alone discuss why the Court should not follow the majority view. Absent a stated reason to disregard the majority rule, the Court will follow it. For this reason, the court REMANDS the case to the Superior Court of California, Los Angeles County.

   IT IS SO ORDERED.